UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                          +
                               +       Case No. 20-32545
Christina Lashae Taylor        +
        Debtor                 +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Southern Realm Property MGT LLC, a creditor in this cause, and requests notice.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Debora Palmer | Carly B Wilkins, Trustee |
| P.O. Box 241154 | 560 S. McDonough Street, Suite A |
| Montgomery, AL 36124 | Montgomery, AL 36104 |

/s/   Larry Darby
Larry E. Darby