# IN THE UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF ALABAMA

In re: CHRISTINA LASHAE TAYLOR     CASE NO. 20-32545

Debtor(s)     CHAPTER 7

## MOTION TO REINSTATE CHAPTER 7 CASE

**COMES NOW** the Debtor in the above styled cause and moves this Court to reopen the Chapter 7 Bankruptcy Case and as grounds therefore states the following:

1. The Debtor filed for relief under Chapter 7 of the Bankruptcy Code on December 17, 2020.

2. The Debtor's case was dismissed on May 21, 2021, for failure to pay the remaining filing fees.

3. The Debtor remitted the remaining fees on June 17, 2021, Receipt Number 6016582.

**WHEREFORE**, Debtor prays that this Court will reopen the above Chapter 7 case for the purpose of granting her a discharge in the above styled cause.

Submitted this the 21st day of June 2021.

    /s/ Debora E. Palmer
Debora E. Palmer (ASB-3658-41D) Attorney for the Debtor
P.O. Box 241154
Montgomery, Alabama 36124-1154
334-262-0400
debora@clenneypalmer.com