**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA**

In re  Case No. 20−32545
 Chapter 7
Christina Lashae Taylor ,

    Debtor.

**NOTICE**

Notice of Submission Error requiring refiling. − A certificate of service is needed showing all creditors were served. − Please refile a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)22 Motion to Reinstate Case). Corrected filing due by 6/29/2021. (KC)

Dated June 22, 2021

Juan−Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

| | |
|---|---|
| In re: | Case No. 20-32545-BPC |
| Christina Lashae Taylor | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1127-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 22, 2021 | Form ID: enotice | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christina Lashae Taylor, 318 Malone Ct, Prattville, AL 36066 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Carly B Wilkins | cwilkins@cbwlegal.com kesco@cbwlegal.com;cwilkins@ecf.axosfs.com |
| Debora Palmer | on behalf of Debtor Christina Lashae Taylor debora@clenneypalmer.com connie@clenneypalmer.com |
| Larry E. Darby, Esq | on behalf of Creditor Southern Realm Property MGT LLC LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |

TOTAL: 4